IN THE

FOURTEENTH COURT OF APPEALS

NO. 14-15-00832 CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 16 2015

CHRISTOPHER A. PRINE
CLERK

BRETT DAVID BOGUS, APPELLANT, Pro Se

The State of Texas, Appellee ~~MAILED~~
12/14/15

ON Appeal from the 176th District Court

HARRIS COUNTY, TEXAS

TRIAL COURT CAUSE No. 1433472

## MOTION FOR STATENT OF FACTS

COMES NOW, Brett David Bogus, Appellant, Pro Se,
TDCJ#02023182. I am currently "in custody" at the
Fabian Dominguez Unit, 6535 Cagnon Road, San Antonio, Tx
78252. I am indigent, and has previously been found indi-
gent by this Court in this same matter. Appellant, Pro Se,
Comes before this Honorable Court, seeking a copy of Appellant's
Record and Statement of Fact. Pursuant to 28 U.S.C § 753(f)
Federal Criminal Code and Rules.

(1)

## I

Appellant, Pro Se, was originally indicted on August 28, 2013 and Appellant seeks this Court to instruct Chris Daniels, Harris County District Clerk to forward Appellant's Record, Statement of Facts and all instruments and footnotes pertaing to said request.

## II

Further, Appellant. Pro Se, requests from this Honorable Court, all records, Grand Jury Testimony and documents, footnotes and Exhibits as they pertain to Case No 1399452. Trial Defense Counsel failed to advise this Appellant, Pro Se that Case No. 1399452 was dismissed and fully disclose the evidence in the State's Discovery.

## III

Appellant, Pro Se, requests this Court intervene and "based on Trial Courts record Appellate Court may act appropriately to ensure Appellant's rights are protected." Rule 38.8 (b)(4) Texas Rules of Appellate Procedure.

## IV

Appellant, Pro Se, is entitled to relief under Article I Sections 10, 19 and 29 of the Constitution of Texas

and Article 1.05 of the Texas Code of Crim. Procedure.

WHEREFORE, PREMISES, CONSIDERED, Appellant, Pro Se, prays that this Honorable Court ORDER the District Court to produce Appellant's Record, Statement of Facts and Copies of all documents, records, Grand Jury Transcripts and documents and exhibits that pertain to Case No. 1399452. That all materials be provided to Appellant, Pro Se, who is indigent and "in custody".

## ORDER

On this day came, Appellant, Pro Se, Brett David Bogus, in the above styled and numbered case, to be heard on this Motion for Statement of Facts and said request is hereby

(   ) GRANTED                    (   ) DENIED

Signed this the ____ day of _____, 20

_____
Judge Presiding

Respectfully submitted
Brett David Bogus - Appellant, Pro Se
TDCJ# 02023182 TDC Unit: Fabian Dominguez
6535 Cagnon Road
San Antonio, TX 78252

③

# UNSWORN DECLARATION

I, Brett David Bogus, TDCJ # 02023182, being presently incarcerated in the Texas Department of Criminal Justice, Fabian Dominguez Unit in Bexar County, Texas verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of December, 2015

Brett David Bogus
Appellant, Pro Se

# Certificate of Service

I hereby certify that on December 12, 2015, a true and correct copy of Appellant's Pro Se Motion for Statement of Facts, by placing a copy in the U.S. Mail addressed to: Christopher Prine, Clerk, Fourteenth Court of Appeals, on this the 12th day of December, 2015

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 DEC 2035 PM 4 L

Brett Bagus - 2623182
Fabian Dominguez Unit
6535 Cagnon Road
San Antonio, TX
78252

Christopher Prine, Clerk
c/o Fourteenth Court of Appeals

301 Fannin
Suite 245
Houston, TX 77002

77002-206270